MARY L. WITHERBEE et al., as Administrators of ROBBINS M. WITHERBEE et al., Respondents, *v.* AUBREY E. MEYER, Appellant.

(Submitted November 18, 1901; decided November 26, 1901.)

Motion for reargument denied, with ten dollars costs.　(See 168 N. Y. 641.)

---

ALEXANDER M. WHITE, Respondent, *v.* NASSAU TRUST COMPANY, as Executor of WILLIAM M. TEBO, Deceased, Appellant.

(Submitted November 11, 1901; decided November 26, 1901.)

Motion for reargument denied, with ten dollars costs.　(See 168 N. Y. 149.)

---

ISAAC SAPERSTEIN, Appellant, *v.* MOYER ULLMAN, Individually, and as Executor of AMELIA ULLMAN, Deceased, Respondent.

(Submitted November 11, 1901; decided November 26, 1901.)

Motion for reargument denied, with ten dollars costs.　(See 168 N. Y. 636.)